```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

| | |
|---|---|
| THANURAN | PETITIONER |
| V. | CIVIL ACTION NO. 5:20-CV-198-DCB-MTP |
| SHAWN R. GILLIS | RESPONDENT |

<u>Order Adopting Report and Recommendation</u>

This matter is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation [ECF No.10], to which no objections have been filed by the Petitioner. Having carefully reviewed the same, the Court finds that Magistrate Judge Parker's Report and Recommendation is well taken and shall be adopted as the findings and conclusions of this Court. Magistrate Judge Parker finds that the Petitioner's Petition for Writ of Habeas Corpus [ECF No. 1] should be denied.

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that Magistrate Judge Michael T. Parker's Report and Recommendation is ADOPTED as the findings and conclusions of this Court. This action is hereby DENIED and DISMISSED without prejudice.

A Final Judgment shall be entered of even date herewith pursuant to Rule 58 of the Federal Rules of Civil Procedure.

2

SO ORDERED AND ADJUDGED this the 25th day of February, 2021.

                                          /s/  David Bramlette  
                                          UNITED STATES DISTRICT COURT

2